UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME L. GRIMES,<br><br>          Plaintiff,<br><br>    v.<br><br>SETON MEDICAL CENTER, et al.,<br><br>          Defendants. | Case No. 25-cv-07870-EMC<br><br>**ORDER OF DISMISSAL** |

On September 16, 2025, Plaintiff Jerome L. Grimes, a state prisoner proceeding pro se, filed the instant civil rights lawsuit. ECF No. 1. The Clerk of the Court informed Grimes that his action could not move forward until he paid the filing fee or filed a completed prisoner's *in forma pauperis* ("IFP") application, sent Grimes a blank prisoner IFP form, and told him that he must pay the fee or return the completed application within 28 days or his action would be dismissed. ECF No. 4. More than 28 days have passed, and Grimes has not sent a complaint or paid the filing fee, returned the prisoner IFP application for this case. The matter is therefore **DISMISSED WITHOUT PREJUDICE**. Any motion to reopen this matter must be accompanied by a complaint with this case number and the filing fee or a completed prisoner IFP application.

    **IT IS SO ORDERED.**

Dated: January 12, 2026

                                                  EDWARD M. CHEN
                                                  United States District Judge